IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

FONT DINER, INC.,

                            Plaintiff,

  -against-

HARIBO OF AMERICA, INC.,

                          Defendant.

-------------------------------------------------------------------- X

17-CV-06612
(RRM) (VMS)

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Defendant having not answered or otherwise moved and further to negotiations to resolve the above-captioned matter, Plaintiff FONT DINER, INC., hereby voluntarily dismisses the above-captioned action, as against the Defendant HARIBO OF AMERICA, INC., *with prejudice*, and with each party bearing its own costs and attorneys' fees.

Date: <u>April 4, 2018</u>

                                                    THE MARTINEZ GROUP PLLC

                                                    By:  <u>/Frank J. Martinez/</u>
                                                           Frank J. Martinez, Esq. (FJM-2149)
                                                           *Attorney for Plaintiff*
                                                           *Font Diner, Inc.*

SO ORDERED

                                                           55 Poplar Street, Suite 1-D
                                                           Brooklyn, New York 11201
_____       718.797.2341 Telephone
Hon. Roslynn R. Mauskopf, U.S.D.J.      FM@martinezgroup.com

{00028349 v.1}

## AFFIDAVIT OF SERVICE

I hereby certify that a true copy of the foregoing document, Notice of Voluntary Dismissal with Prejudice, was served on <u>April 3, 2018</u> by electronic mail only to:

Patrick Burke Monahan, Esq.
Powley & Gibson, P.C.
304 Hudson Street, Suite 305
New York, NY 10013
pbmonahan@powleygibson.com

Keith E. Sharkin, Esq.
Powley & Gibson, P.C.
304 Hudson Street, Suite 305
New York, NY 10013
kesharkin@powleygibson.com

Mark J. Liss, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 North Stetson Street, Suite 4900
Chicago, Illinois 60601
mliss@leydig.com


Date: <u>April 4, 2018</u>                                   By: <u>/Frank J. Martinez/</u>
                                                                     Frank J. Martinez, Esq.