IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
FONT DINER, INC.,

                            Plaintiff,          17-CV-06612
  -against-                                              (RRM) (VMS)

HARIBO OF AMERICA, INC.,

                            Defendant.
---------------------------------------------------------------- X

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Defendant having not answered or otherwise moved and further to negotiations to resolve the above-captioned matter, Plaintiff FONT DINER, INC., hereby voluntarily dismisses the above-captioned action, as against the Defendant HARIBO OF AMERICA, INC., *with prejudice*, and with each party bearing its own costs and attorneys' fees.

Date: April 4, 2018                                     THE MARTINEZ GROUP PLLC

                                                     By: /Frank J. Martinez/
                                                          Frank J. Martinez, Esq. (FJM-2149)
                                                          *Attorney for Plaintiff*
                                                          *Font Diner, Inc.*

                                                     55 Poplar Street, Suite 1-D
SO ORDERED                               Brooklyn, New York 11201
                                                     718.797.2341 Telephone
 s/Roslynn R. Mauskopf              FM@martinezgroup.com
_____
Hon. Roslynn R. Mauskopf, U.S.D.J.

{00028349 v.1}